AO 245D (Rev. 09/19)     Judgment in a Criminal Case Personal Identification Attachment                                    Not for Public Disclosure

DEFENDANT:     MANUEL RAUL RODARTE-JURADO

CASE NUMBER:     4:19-cr-00649-JM-1

DISTRICT:

# Judgment in a Criminal Case Personal Identification Attachment
### (Not for Public Disclosure)

The following unredacted personal identifiers are included with the judgment transmitted to the Attorney General per 18 U.S.C. § 3612(b). A copy of this attachment shall also be provided to the attorney for the defendant, the Probation and Pretrial Services Office, and the U.S. Sentencing Commission.

Pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure, however, the personal data in this attachment are not for public disclosure and must not be filed with the Clerk of the Court unless redacted or under seal, as provided in the rule.

Defendant's Soc. Sec. No.:          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

Defendant's Date of Birth:          02/03/1978

Defendant's Residential Address:    2404 Circle Drive
                                    Jonesboro, AR 72401

Defendant's Mailing Address:        same as above
*(if different)*